UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA 3/3/08



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>Jose Luis Angel Oliva-Vidrio<br><br>Defendant(s) | 08mj 585<br>CRIMINAL NO. 08mj 8106<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS on 08mj 8106 only<br><br>Booking No. 05957298<br>(881 953) |

On order of the United States District/Magistrate Judge,   **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be ~~released from custody.~~   (Bond Posted / **Case Disposed** / Order of Court).

Jose Luis Angel Oliva-Vidrio.
To remain in custody on 08mj585

DATED: 3/3/08

**PETER C. LEWIS**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
            DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
       Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082